UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY _Cy_ D.C.

05 AUG 29 PM 5:04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| vs. | *  05-20161 Ma |
| CORRIE SHAWN COUSAR, | * |

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUDUM

Scott F. Leary applies to the Court for a Writ to have **CORRIE SHAWN COUSAR, DOB 10/03/72, Register# 00351351** now being detained in the Shelby County Jail, appear before the Honorable S. Thomas Anderson, on **Thursday, September 8, 2005 at 2:00 p.m.**, FOR an INITIAL APPEARANCE, and for such other appearances as this Court may direct.

Respectfully submitted this _29_ day of August, 2005.

Respectfully submitted,

TERRELL L. HARRIS
United States Attorney

SCOTT F. LEARY
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN 38103
(#022357 Tennessee)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Upon consideration of the foregoing Application,

DAVID G. JOLLY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN
MARK LUTTRELL/DAVID MILLS, SHERIFF/WARDEN, WEST TENNESSEE STATE PENITENTIARY

YOU ARE HEREBY COMMANDED to have **CORRIE SHAWN COUSAR, DOB 10/03/72, Register# 00351351** appear before the Honorable S. Thomas Anderson at the date and time aforementioned.

ENTERED this _29_ day of August, 2005.

HONORABLE TU M. PHAM
United States Magistrate Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _9-1-05_

24



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CR-20161 was distributed by fax, mail, or direct printing on September 1, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT