UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 SEP -9 PM 3:53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA )
)
vs. ) CR. No. 05-20161-Ma
)
CORRIE SHAWN COUSAR, )

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

Scott F. Leary applies to the Court for a Writ to have CORRIE SHAWN COUSAR, DOB 10/03/1972, Register# 00351351, now being detained in the <u>West Tennessee State Penitentiary</u>, appear before the Honorable Diane K. Vescovo on the __20th__, day of <u>September, 2005,</u> at ~~9:30~~ 2:00 P.M for an Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this __9th__ day of September, 2005.

_____
Scott F. Leary
Assistant U. S. Attorney

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application,

DAVID JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN

DAVID MILLS, SHERIFF/WARDEN, WEST TENNESSEE STATE PENITENTIARY

YOU ARE HEREBY COMMANDED to have CORRIE SHAWN COUSAR appear before the Honorable Diane K. Vescovo at the date and time aforementioned.

ENTERED this __9th__ day of __September__, 2005.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __9-12-05__

26

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:05-CR-20161 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

---

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT