IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                    No. 05-20161-Ma

Cori Causey

ORDER ON ARRAIGNMENT

This cause came to be heard on **Sept 20, 2005**
The United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME *Lee Gerald (CJA)* ADDRESS _____

_____ PHONE NO. _____ who is
Retained/**Appointed**.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

____ The defendant, who is not in custody, may stand on his/her present bond.
✓ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

*Diane K. Vescovo*
UNITED STATES MAGISTRATE JUDGE

Charges:

Assistant U.S. Attorney assigned to Case:

Age: **32**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on **9-23-05**

32

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:05-CR-20161 was distributed by fax, mail, or direct printing on September 23, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT